# JOHN W. MACOMB
### v.
# JAMES MAY

## 1814

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 421
   [Continued in Vol. II of *Journal,* mss. pp. 426, 671, 737.]

### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . .